UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA-DAVIS BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 19-cv-02348-TSH<br><br>**ORDER DENYING MOTION TO DISMISS ORDER TO PAY; GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff, an inmate at High Desert State Prison in Susanville, California, has filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion titled "Motion to Dismiss Court's Order to 'Pay' Filing Fee Under Necessity – Sui Juris de Jure," which requests that the Court accept a promissory note to satisfy Plaintiff's filing fee obligation. Dkt. No. 2. Plaintiff's request is DENIED. The promissory note does not satisfy the filing fee requirement. The Court will *sua sponte* grant Plaintiff an extension of time to July 28, 2019, to either pay the filing fee or file an application to proceed *in forma pauperis*. Failure to act in accordance with this order will result in dismissal of this action without further notice to Plaintiff.

This order terminates Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: May 29, 2019

THOMAS S. HIXSON
United States Magistrate Judge