1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSHUA DAVIS BLAND, AKA              No. 2:19-cv-1315-TLN-EFB P
     JOSHUA-DAVIS BLAND,
12
                    Plaintiff,
13                                        ORDER
            v.
14
     SCOTT KERNAN, et al.,
15
                    Defendants.
16

17

         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
18
   U.S.C. § 1983.  He requests an extension of time to file his objections to the March 20, 2020
19
   findings and recommendations.
20
         Plaintiff's request (ECF No. 24) is granted and plaintiff has 90 days from the date this
21
   order is served to file his objections.
22
         So ordered.
23
   Dated:  April 1, 2020.
24
                                          _____
25                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28